# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
PHILLIP ZAWACKI & MEREDITH ZAWACKI

Case Number:
FILED: MAY 13, 2008
08 cv 2774   JH
JUDGE ZAGEL
MAGISTRATE JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
REL-STAPLETON CORPORATION, INC. f/k/a Stapleton Corporation

| | |
|---|---|
| NAME (Type or print) Louis J. Phillips | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Louis J. Phillips | |
| FIRM Swanson, Martin & Bell, LLP | |
| STREET ADDRESS 330 N. Wabash, Suite 3300 | |
| CITY/STATE/ZIP Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6279354 | TELEPHONE NUMBER 312-321-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |