## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
PHILLIP ZAWACKI & MEREDITH ZAWACKI

Case Number: 08 CV 2774

FILED: MAY 13, 2008
08CV2774 J. N.
JUDGE ZAGEL
MAG. JUDGE NOLAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

REL-STAPLETON CORPORATION, INC. f/k/a Stapleton Corporation

| | |
|---|---|
| **NAME (Type or print)** <br> Joseph P. Switzer | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Joseph P. Switzer | |
| **FIRM** <br> Swanson, Martin & Bell, LLP | |
| **STREET ADDRESS** <br> 330 N. Wabash, Suite 3300 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60611 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 3127727 | **TELEPHONE NUMBER** <br> 312-321-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |