IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PHILLIP ZAWACKI and MEREDITH ZAWACKI,<br><br>    Plaintiffs,<br><br>v.<br><br>STAPLETON CORPORATION f/d/b/a STAPLETON FOLDING LADDER CO., a corporation; ING INSURANCE SERVICES, INC. f/d/b/a AETNA INSURANCE AGENCY, INC., a corporation,<br><br>    Defendants. | Case No. 08 cv 2774<br><br>Honorable James B. Zagel<br>Magistrate Judge Nan R. Nolan |

## NOTICE OF FILING

TO:   Scott H. Rudin, Esq.
        Miroballi, Durkin & Rudin, LLC
        6 West Hubbard Street, Suite 300
        Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on June 10, 2008, the undersigned caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the **Defendant REL-Stapleton Corporation, Inc.'s Answer and Affirmative Defenses to Plaintiff's First Amended Complaint**, a copy of which is hereby served upon you.

                                        Swanson, Martin & Bell, LLP

                                        By:   */s/ Joseph P. Switzer*
                                                      One of the attorneys for Defendant
                                                      REL-Stapleton Corporation, Inc.
                                                      f/k/a Stapleton Corporation

Joseph P. Switzer, Esq.
Louis J. Phillips, Esq.
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 – Fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Defendant REL-Stapleton Corporation, Inc.'s Answer and Affirmative Defenses to Plaintiff's First Amended Complaint** was served upon:

Scott H. Rudin, Esq.
Joseph J. Miroballi, Esq.
Lauren Levin, Esq.
Miroballi, Durkin & Rudin, LLC
6 West Hubbard Street, Suite 300
Chicago, Illinois  60610

**via Electronic Mail, before the hour of 5:00 p.m., this 10th day of June, 2008**, from the law offices of Swanson, Martin & Bell, LLP, 330 North Wabash Avenue, Suite 3300, Chicago, Illinois 60611.

[ ✓ ]  Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

*Pamela Canington*