IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP ZAWACKI and MEREDITH ZAWACKI, <br><br> Plaintiffs, <br><br> v. <br><br> STAPLETON CORPORATION f/d/b/a STAPLETON FOLDING LADDER CO., a corporation; ING INSURANCE SERVICES, INC. f/d/b/a AETNA INSURANCE AGENCY, INC., a corporation, <br><br> Defendants. | Case No. 08 cv 2774 <br><br> Honorable James B. Zagel <br> Magistrate Judge Nan R. Nolan |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Louis J. Phillips of Swanson, Martin & Bell, LLP moves this Court pursuant to Local Rule 83.17 for leave to withdraw his appearance as counsel of record for defendant REL-Stapleton Corporation, Inc. f/k/a Stapleton Corporation, and in support of this motion states as follows:

1. On May 13, 2008, Joseph P. Switzer and Louis J. Phillips filed their appearances as counsel of record for defendant REL-Stapleton Corporation, Inc. f/k/a Stapleton Corporation.

2. Due to his upcoming relocation to another law firm, Louis J. Phillips requests withdrawal as counsel in this matter, with Joseph P. Switzer remaining counsel of record for defendant REL-Stapleton Corporation, Inc. f/k/a Stapleton Corporation.

WHEREFORE, Louis J. Phillips of Swanson, Martin & Bell, LLP requests that he be permitted leave to withdraw as counsel of record for defendant REL-Stapleton Corporation, Inc. f/k/a Stapleton Corporation.

        Respectfully submitted,

        REL-STAPLETON CORPORATION
        f/k/a Stapleton Corporation

        By: /s/ Louis J. Phillips
            One of its attorneys

Joseph P. Switzer, Esq.
Louis J. Phillips, Esq.
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 - Fax
Firm No. 29558