IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP ZAWACKI and MEREDITH ZAWACKI,<br><br>   Plaintiffs,<br>v.<br><br>STAPLETON CORPORATION f/d/b/a STAPLETON FOLDING LADDER CO., a corporation; ING INSURANCE SERVICES, INC. f/d/b/a AETNA INSURANCE AGENCY, INC., a corporation,<br><br>   Defendants. | Case No. 08 cv 2774<br><br>Honorable James B. Zagel<br>Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

TO: All Attorneys of Record

  **PLEASE TAKE NOTICE** that on **Thursday, July 17, 2008 at 10:15 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Zagel, or any judge sitting in his stead, in Room 2503 at the United States District Court, Northern District of Illinois, Chicago, Illinois, and shall then and there present the attached **Motion for Leave to Withdraw as Counsel**, a copy of which is served upon you.

             REL-STAPLETON CORPORATION, INC.
             f/k/a Stapleton Corporation


            By: _/s/ Louis J. Phillips_
              One of its attorneys

Joseph P. Switzer, Esq.
Louis J. Phillips, Esq.
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 – Fax

7034-001 / 601044_1.DOC

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing **Motion for Leave to Withdraw as Counsel** was served upon All Counsel of Record **via Electronic Mail, before the hour of 5:00 p.m., this 10th day of July, 2008**, from the law offices of Swanson, Martin & Bell, LLP, 330 North Wabash Avenue, Suite 3300, Chicago, Illinois 60611.

[ ✓ ]    Under penalties as provided by law, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

*Pamela Canington*