# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before the Court an attorney must either be a member in good standing of the Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rues 83.12 through 83.14.

---

In the Matter of　　　　　　　　　　　　　　　　　　Case Number: 08 cv 2774

PHILLIP ZAWACKI & MEREDITH ZAWAKCI,

vs.

STAPLETON CORPORATION, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

　　REL-STAPLETON CORPORATION, INC. f/k/a Stapleton Corporation

| | |
|---|---|
| **NAME (Type or print)**<br>Patrick P. Clyder | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>　　s/ Patrick P. Clyder | |
| **FIRM**<br>SWANSON, MARTIN & BELL, LLP | |
| **STREET ADDRESS**<br>330 North Wabash Avenue, Suite 3300 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60611 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6292573 | **TELEPHONE NUMBER**<br>(312) 923-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　　NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　　NO ☑ |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☐　　NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　　NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |