GFF/MMS/blj                              7362-8002                              #*1905810*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP ZAWACKI and MEREDITH ZAWACKI, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | No.: 08 CV 2774 |
| ) | |
| STAPLETON CORPORATION f/d/b/a ) | Judge James B. Zagel |
| STAPLETON FOLDING LADDER CO., and ) | Magistrate Judge Nan R. Nolan |
| TRAVELERS INSURANCE GROUP, INC. f/d/b/a ) | |
| AETNA INSURANCE AGENCY, INC., a Corporation, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION FOR EXTENSION OF TIME

NOW COMES Defendant, **TRAVELERS PROPERTY & CASUALTY CORP., f/k/a TRAVELERS INSURANCE GROUP, INC.**, by and through its Attorneys, JOHNSON & BELL, LTD., and moves this Honorable Court for an extension of time to and including *August 22, 2008* within which to file its Answer or Otherwise Plead.

Respectfully submitted,

/s/ Glenn F. Fencl
Glenn F. Fencl, Esq.
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770
ARDC No.: 3126086