## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number:    08 CV 2774

PHILLIP ZAWACKI and MEREDITH ZAWACKI,
vs.
STAPLETON CORPORATION f/d/b/a STAPLETON
FOLDING LADDER CO., and TRAVELERS INSURANCE
GROUP, INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:


TRAVELERS PROPERTY & CASUALTY CORP., f/k/a
 TRAVELERS INSURANCE GROUP, INC.


| |
|---|
| NAME (Type or print)<br> Meghan M. Sciortino |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ |
| FIRM<br> Johnson & Bell, Ltd. |
| STREET ADDRESS<br> 33 West Monroe Street - Suite 2700 |
| CITY/STATE/ZIP<br> Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6287341 | TELEPHONE NUMBER<br>(312) 372-0770 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |