GFF/MMS/blj                              7362-8002                              #*1915487*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP ZAWACKI and MEREDITH ZAWACKI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> STAPLETON CORPORATION f/d/b/a ) <br> STAPLETON FOLDING LADDER CO., and ) <br> TRAVELERS INSURANCE GROUP, INC. f/d/b/a ) <br> AETNA INSURANCE AGENCY, INC., a Corporation, ) <br> ) <br> Defendants. ) | No.: 08 CV 2774 <br><br> Judge James B. Zagel <br> Magistrate Judge Nan R. Nolan |

### *NOTICE OF AGREED MOTION*

TO:   Miroballi, Durkin & Rudin, LLC
      6 West Hubbard Street - Suite 300
      Chicago, Illinois 60610

On *August 14, 2008 at 10:15 a.m.*, I shall appear before the *Honorable James B. Zagel* in *Room 2503*, at U.S. Federal Court Building located at 219 South Dearborn Street, Chicago, Illinois, or any Judge sitting in his stead, and then and there present *Defendant Travelers Property & Casualty Corp., f/k/a Travelers Insurance Group, Inc.'s Agreed Motion for Extension of Time in which to Answer or Otherwise Plead*.

### *CERTIFICATE OF SERVICE*

I hereby certify that on the *8th day of August, 2008*, I electronically filed the foregoing *Agreed Motion for Extension of Time to Answer or Otherwise Plead* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   Miroballi, Durkin & Rudin, LLC, 6 West Hubbard Street,
        Suite 300, Chicago, Illinois 60610

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  None

                                        /s/Glenn F. Fencl
                                        Glenn F. Fencl, Esq.
                                        JOHNSON & BELL, LTD.
                                        33 West Monroe Street
                                        Suite 2700
                                        Chicago, Illinois 60603
                                        (312) 372-0770
                                        ARDC No.: 3126086