GFF/MMS/blj              7362-8002              #*1915489*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP ZAWACKI and MEREDITH ZAWACKI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> STAPLETON CORPORATION f/d/b/a ) <br> STAPLETON FOLDING LADDER CO., and ) <br> TRAVELERS INSURANCE GROUP, INC. f/d/b/a ) <br> AETNA INSURANCE AGENCY, INC., a Corporation, ) <br> ) <br> Defendants. ) | No.: 08 CV 2774 <br><br> Judge James B. Zagel <br> Magistrate Judge Nan R. Nolan |

### *AGREED ORDER*

THIS CAUSE coming to be heard on the Motion of the Defendant, ***TRAVELERS PROPERTY & CASUALTY CORP., f/k/a TRAVELERS INSURANCE GROUP, INC.***, for an extension of time in which to file its answer or otherwise plead, the parties having been duly notified and the court being fully advised in the premises:

IT IS HEREBY AGREED AND ORDERED:

That Defendant, *Travelers Property & Casualty Corp., F/K/A Travelers Insurance Group, Inc.,* is granted an extension of time to and including *August 22, 2008* within which to file its Answer or Otherwise Plead.

Date: _____

_____
Judge

Glenn F. Fencl, Esq.
JOHNSON & BELL, LTD.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770